UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1295 JVS (PJWx) | Date | September 27, 2010 |
| Title | Pacific Legacy Real Estate Investments, LLC v. Shishani | | |

Present: The Honorable   James V. Selna

| Dwayne Roberts | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)  Order to Show Cause Re: Jurisdiction

     Defendant Kim Shishani ("Shishani") has removed this action from Superior Court of the State of California for the County of Orange.  No explicit basis for jurisdiction is asserted, although Shishani claims there have been violations of federal law in the underlying transactions.  (Notice of Removal, p. 2.)

     However, the Court must determine jurisdiction on the basis of the case removed.  The underlying action is an unlawful detainer action.  No federal claims are asserted (28 U.S.C. § 1331).  It is not apparent that the parties are diverse for purposes of diversity jurisdiction (28 U.S.C. § 1332(a)(1)), and in any event, the amount of relief sought is less than the jurisdictional minimum of $75,000 (28 U.S.C. § 1332(a)).  Federal defenses or federal counterclaims provide no basis to remove an action which does not otherwise establish federal jurisdiction.  See Franchise Tax Board of State of Cal. v. Construction Laborers Vacation Trust, 643 U.S. 1, 10 (1983); Metro Ford Truck Sales, Inc. v. Ford Motor Co., 145 F.3d 320, 326-27 (5th Cir. 1998).

     Shishani is ordered to show cause in writing within ten days why the case should not be remanded to the Superior Court of the State of California for the County of Orange for lack of jurisdiction.

     **A failure to respond to this order will result in remand of this action to the Superior Court of the State of California**.

| | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | dr |