UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 10-1295 JVS (PJWx) | Date October 25, 2010 |
| Title Pacific Legacy Real Estate & Investments, LLC v. Kim K. Shishani, et al | |

Present: The Honorable   James V. Selna

| Dwayne Roberts | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order Remanding Case to Superior Court

On September 27, 2010, the Court issued an order directing defendant Kim Shishani ("Shishani") to address the apparent lack of jurisdiction:

> Shishani is ordered to show cause in writing within ten days why the case should not be remanded to the Superior Court of the State of California for the County of Orange for lack of jurisdiction.
>
> **A failure to respond to this order will result in remand of this action to the Superior Court of the State of California**.

(Minute Order, Sept. 27, 2010; bold in original.)  Shishani has not responded to the order to show cause.

The case is remanded to the Superior Court of the State of California for the County of Orange for lack of jurisdiction.

| | 00 : 00 |
|---|---|
| Initials of Preparer | dr |